COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | § | |
|---|---|---|
| IN RE: | § | No. 08-19-00119-CV |
| | § | |
| WALTER L. BOYAKI, | | AN ORIGINAL PROCEEDING |
| INDIVIDUALLY AND AS | § | |
| REPRESENTATIVE OF BOYAKI | | IN MANDMAUS |
| FAMILY TRUST, | § | |
| | | |
| RELATORS. | § | |
| | § | |
| | § | |

## J U D G M E N T

The Court has considered this cause on the Relators' petition for writ of mandamus against the Honorable Alyssa G. Perez, Judge of the 210th District Court of El Paso, Texas and concludes that Relators' petition for writ of mandamus should be conditionally granted. We therefore direct the trial court to set aside the April 9, 2019 amended order granting Defendants' motion to abate and ordering Relators to file an amended petition joining Brother Edwin Gallagher and Brother Richard Fish as defendants, in accordance with the opinion of this Court. The writ of mandamus will issue should the trial court fail to comply.

IT IS SO ORDERED THIS 28TH DAY OF AUGUST, 2019.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.